# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 35 MM 2015

Respondent :

v. :

BRYANT FRANKTONYO SHANNON, :

Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.